IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *ex rel.*, PATRICK GRIFFIS, and | ) | |
| PATRICK GRIFFIS, INDIVIDUALLY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:10-CV-204 |
| | ) | |
| EOD TECHNOLOGY, INC., *et al.*, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the court is the "United States' Sealed Application for Partial Lift of Seal" [doc. 20]. The motion indicates that counsel for the United States has conferred with counsel for the relator, who has no opposition to the request.

The motion [doc. 20] is **GRANTED**. The United States is authorized to disclose the existence of this *qui tam* case, along with the complaint, to defendant EOD Technology, Inc. and to discuss the specific allegations with that defendant. Any copy of the complaint provided to the defendant shall be redacted to mask the identity of the relator and the docket number.

Except to the extent provided herein, all filings in this matter **SHALL REMAIN UNDER SEAL**.

**IT IS SO ORDERED**.

ENTER:

<u>          s/ Leon Jordan          </u>
United States District Judge

2