UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex. rel. PATRICK GRIFFIS, AND ) <br> PATRICK GRIFFIS, INDIVIDUALLY ) <br> ) <br>     Plaintiffs/Relator ) <br> ) <br> v. ) <br> ) <br> EOD TECHNOLOGY, INC., AND ) <br> JOHN DOES, 1 THROUGH 5 ) <br> ) <br>     Defendants. ) | Civil Action No.: 3:10-cv-204 <br> Judge: Jordan/Shirley <br><br> Jury Demand <br><br> October 7, 2016 |

## **CORRECTED[1] DECLARATION OF NICOLA S. TANCREDI**

The undersigned, Nicola S. Tancredi, declares as follows:

1. I am an attorney duly licensed to practice law in Illinois, admitted *pro hac vice* into the United States District Court of the Eastern District of Tennessee. I am the attorney for the Plaintiffs, who is primarily responsible for handling the above-captioned case on behalf of the Plaintiffs, UNITED STATES OF AMERICA ex. rel. PATRICK GRIFFIS, AND PATRICK GRIFFIS, INDIVIDUALLY.

2. I am above the age of 21 years old and under no legal disability. If called to a hearing before the Court, I am capable of competently testifying to the facts stated herein based upon personal knowledge. I make this Declaration in support of Plaintiffs Motion for an Extension of Time to Serve Defendants.

---

[1] On October 7, 2016 an initial Declaration of Nicola S. Tancredi was filed in error as an Attachment to Document 52 in this matter. This corrected declaration is to replace and substitute for that Attachment.

3. By order of the court, dated September 20, 2016, my office has obtained the Application for a Search Warrant and the Search Warrant associated with the underlying criminal investigation (case number 3:10-MJ-1078).

4. I have reviewed the Plaintiffs Motion for an Extension of Time to Serve Defendants. The statements made therein are true and accurate.

s/ Nicola S. Tancredi<br>
NICOLA TANCREDI