IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION, KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex. rel. PATRICK GRIFFIS, AND PATRICK GRIFFIS, INDIVIDUALLY | ) ) ) | Civil Action 3:10-CV-204 |
| | ) | |
| Plaintiff/Relator, | ) | Judge Travis R. McDonough |
| | ) | |
| v. | ) | Magistrate Judge Debra C. Poplin |
| | ) | |
| EOD TECHNOLOGY, INC. (N/K/A JANUS GLOBAL OPERATIONS LLC) | ) ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS RELATOR'S SECOND AMENDED COMPLAINT BASED UPON THE APPLICABLE STATUTE OF LIMITATIONS AND FED. R. CIV. P. 9(B).**

Defendant EOD Technology, Inc. (N/K/A Janus Global Operations LLC) ("EOD"), by and through undersigned counsel, respectfully submit this Motion to Dismiss Relator Patrick Griffis' Second Amended Complaint ("SAC") with prejudice, pursuant to this Honorable Court's March 6, 2023 Order (Doc. 137 p. 2-3), and Fed. R. Civ. P. 12(b)(6), or alternatively under 12(c). As set forth more fully in the attached Memorandum in Support, the Second Amended Complaint should be dismissed based on the fact that all but one of the contract related claims were filed outside the statute of limitations, 31 U.S.C. § 3731(b) and the SAC fails to plead fraud with the specificity required by Fed. R. Civ. P. 9(b).

Respectfully submitted,

*/s/ Iden G. Martyn*
Iden G. Martyn
Martyn and Associates
820 W. Superior Avenue, 10th Floor
Cleveland, OH 44113
216-861-4700
imartyn@martynlawfirm.com

1

**/s/ David M. Eldridge_____**
David M. Eldridge
Eldridge & Blakney PC
400 West Church Avenue, Suite 101
Knoxville, TN 37902
865-544-2010
Fax: 865-544-2015
deldridge@eblaw.us

**/s/ Elizabeth N. Jochum_____**
Elizabeth N. Jochum
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006

**/s/ Alex E. Hassid_____**
Alex E. Hassid
Blank Rome LLP
New York
1271 Avenue of the Americas
New York, NY 10020
212-885-5268
alex.hassid@blankrome.com

**/s/ Brooke T. Iley_____**
Brooke T. Iley
Blank Rome LLP
1825 Eye Street, NW
Ste 11th Floor
Washington, DC 20006
202-772-5816
Fax: 202-572-1416
iley@blankrome.com

**/s/ Jennifer Short_____**
Jennifer Short
Blank Rome LLP
1825 Eye St. NW
Washington, DC 20006
202-420-2698
jennifer.short@blankrome.com

2