# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PATRICK GRIFFIS, and PATRICK GRIFFIS individually, | |
| *Plaintiffs*, | No. 3:10-cv-204 |
| v. | Judge Travis R. McDonough |
| EOD TECHNOLOGY, INC. n/k/a JANUS GLOBAL OPERATIONS, LLC, | Magistrate Judge Debra C. Poplin |
| *Defendant*. | |

## JOINT MOTION FOR RELIEF FROM SCHEDULING ORDER

Relator Patrick Griffis ("Relator") and Defendant EOD Technology, Inc. n/k/a Janus Global Operations, LLC ("EODT") jointly move for relief from the Court's March 16, 2023 Scheduling Order (the "Order") so that the parties may depose Lisa Jacobson, Kim (Henderson) Courtney, and Brian Andrea after the June 30, 2023 deadline to complete depositions of "East Tennessee witnesses." (*See* Doc. 142 at 2.) In support of this motion, the parties state as follows:

## I. BACKGROUND

On March 6, 2023, the Court ordered the parties to file separate discovery notices so that the Court could craft an appropriate scheduling order. (Doc. 137 at 1–2.) Based on the parties' notices, on March 16, 2023, the Court ordered that "[a]ll depositions of East Tennessee witnesses **SHALL** take place on or before **June 30, 2023**." (Doc. 142 at 2 (emphasis in original).) Since then, the parties have diligently complied with the Court's directive, having deposed thirteen such witnesses thus far.

Notwithstanding these efforts, certain unforeseen circumstances have arisen with respect to three East Tennessee witnesses: Lisa Jacobson, Kim Courtney (nee Henderson), and Brian Andrea. The parties agree that depositions of these witnesses should take place after the June 30, 2023 deadline set forth in the Court's March 16 Order, and respectfully request that Court enter an order allowing these witnesses to be deposed before the close of discovery in May 2024. (*See* Doc. 150 at 2.)

Relator subpoenaed Ms. Jacobson's deposition to take place on June 28, 2023. (*See* Doc. 154 at 2.) However, on or about June 19, 2023, Ms. Jacobson responded to a family medical emergency that will require her attention and assistance at least through mid-July. The parties agree the sensitive circumstances necessitate a continuance of her deposition. In addition, as Ms. Jacobson is the former CFO for EODT, Relator believes that it will be advantageous to receive additional documentation it has requested from EODT in discovery before conducting this deposition.

As to Ms. Henderson, the parties initially believed she had moved to South Carolina, and some information indicated that she might have passed away. Within the last two weeks, however, EODT discovered that Ms. Henderson adopted her married surname, Courtney, after leaving the company. The parties' earlier searches to locate Mrs. Courtney failed because neither party knew about her name change. On June 22, 2022, EODT was able to confirm that Mrs. Courtney is the former Kim Henderson identified as a witness in this case, and that she continues to reside in Tennessee. EODT promptly brought this discovery to the attention of Relator's counsel, who confirmed their intention to depose Mrs. Courtney. The parties agreed that, by the time Mrs. Courtney was located, there was insufficient time remaining to properly notice her deposition, and that Relator can seek her deposition after the June 30 deadline.

-2-

Finally, the parties agree that it is appropriate to take the *de bene esse* deposition of East Tennessee resident Brian Andrea. While Mr. Andrea was not listed on Relator's discovery notice or EODT's revised notice, Relator recently shared with EODT that Mr. Andrea has a serious medical condition which may jeopardize his ability to appear at any trial in this case. The parties agree it is necessary to take Mr. Andrea's deposition for proof when his treatment schedule allows.

## II. ARGUMENT

Under the Federal Rules of Civil Procedure, district courts have broad discretion to control the discovery process. *See Marie v. Am. Red Cross*, 771 F.3d 344, 366 (6th Cir. 2014) (citation omitted). Under Rule 16(b)(4) of the Federal Rules of Civil Procedure, the Court may modify a scheduling order "for good cause." Fed. R. Civ. P. 16(b)(4). The key inquiry in assessing Rule 16(b)'s "good cause" standard is whether the parties diligently attempted to meet the scheduling order's requirements. *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6th Cir. 2002).

Here, the parties have diligently attempted to depose no fewer than thirteen East Tennessee witnesses before the deposition deadline expires. Nevertheless, certain exigent circumstances (*i.e.*, family emergencies and newly discovered information) have prevented the parties from timely deposing Ms. Jacobson and Mrs. Courtney. Likewise, Mr. Andrea's health issues necessitate that the parties preserve his testimony for trial in the event that he is unable to appear. Soon after learning of these circumstances, the parties conferred regarding possible solutions and promptly sought relief from the Court. Accordingly, good cause exists to modify the Court's March 16, 2023 Order to expressly allow the parties to depose these witnesses after the June 30, 2023 deadline.

## III. CONCLUSION

For good cause shown, the parties request that the Court modify its March 16, 2023 Order to expressly permit the depositions of Lisa Jacobson, Kim (Henderson) Courtney, and Brian Andrea during the regular course of discovery in this matter.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By: */s/ Zachary H. Greene*
    Richard C. Rose, Tenn. BPR No. 017544
    Kyle W. Eiselstein, Tenn. BPR No. 020727
    Zachary H. Greene, Tenn. BPR No. 024451
    Lynzi J. Archibald, Tenn. BPR No. 030063
    Peter J. Critikos, III, *pro hac vice*
1200 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone (423) 756-6600
richard.rose@millermartin.com
kyle.eiselstein@millermartin.com
zac.greene@millermartin.com
lynzi.archibald@millermartin.com

**WILBANKS & GOUINLOCK, LLP**

Marlan B. Wilbanks, *pro hac vice*
Susan S. Gouinlock, *pro hac vice*
One Ameris Center, Suite 1010
3490 Piedmont Road, NE
Atlanta, Georgia 30305
Telephone (404) 842-1075
mbw@wilbanksgouinlock.com
ssg@wilbanksgouinlock.com

***Counsel for Plaintiff-Relator Patrick Griffis***

**BLANK ROME LLP**

By: */s/ Jennifer A. Short*
    Jennifer A. Short, *pro hac vice*
    Alex E. Hassid, *pro hac vice*
    Elizabeth N. Jochum, *pro hac vice*
    Brooke Iley, *pro hac vice*
1825 Eye Street, NW
Washington, D.C. 20006
Telephone (202) 420-2596
jennifer.short@blankrome.com
alex.hassid@blankrome.com
elizabeth.jochum@blankrome.com
brooke.iley@blankrome.com

**ELDRIDGE & BLAKNEY, P.C.**

David M. Eldridge, Tenn. BPR No. 012408
400 West Church Avenue, Suite 101
Knoxville, Tennessee 37902
Telephone (865) 544-2010
deldridge@eblaw.us

**MARTYN AND ASSOCIATES CO., LPA**

Iden G. Martyn, *pro hac vice*
820 West Superior Avenue, Tenth Floor
Cleveland, Ohio 44113
Telephone (216) 861-4700
imartyn@martynlawfirm.com

***Counsel for Defendant EOD Technology, Inc. n/k/a Janus Global Operations, LLC***

-4-