# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

UNITED STATES OF AMERICA, *ex rel.*
PATRICK GRIFFIS, and PATRICK
GRIFFIS, individually,

    *Plaintiffs,*

v.

EOD TECHNOLOGY, INC. n/k/a/ JANUS
GLOBAL OPERATION, LLC,

    *Defendant.*

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:10-cv-204

Judge Travis R. McDonough

Magistrate Judge Debra C. Poplin

## ORDER

In this action, Plaintiff-Relator Patrick Griffis alleged that Defendant EOD Technology, Inc. ("EODT") violated the False Claims Act ("FCA"), 31 U.S.C. 3729*, et seq*. and terminated his employment in violation of Tennessee law. On October 7, 2024, the parties advised the Court that they had reached an agreement to resolve this case and advised that they would notify the Court once the settlement agreement was finalized. (*See* Doc. 387.) Plaintiff-Relator's prior counsel, who withdrew from representing him in 2018, however, had filed attorneys' liens seeking compensation for services rendered to Plaintiff-Relator. (*See* Doc. 83-1; Doc. 85-1.) The parties have advised the Court that issues related to these attorneys' liens remain unresolved. Accordingly, the Court hereby **SETS** an in-person hearing for **November 19, 2024**, at **10:00 a.m.** To the extent Plaintiff-Relator's prior counsel seeks any portion of the settlement proceeds, they are required to attend the hearing in person. The parties may, but are not required to, file briefs not to exceed fifteen pages, explaining their positions as to the attorneys' liens on or before **November 14, 2024**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**