# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

UNITED STATES OF AMERICA, *ex rel.* PATRICK GRIFFIS, and PATRICK GRIFFIS individually,

    *Plaintiffs*,

v.

EOD TECHNOLOGY, INC. n/k/a ACUITY-JANUS GLOBAL, LLC,

    *Defendant*.

Case No. 3:10-cv-204

Judge Travis R. McDonough

Magistrate Judge Debra C. Poplin

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730, *et seq.* (the "FCA"), Relator Patrick Griffis and Defendant EOD Technology, Inc. n/k/a Acuity-Janus Global, LLC ("EODT") (collectively, the "Parties") hereby file their Joint Stipulation of Dismissal in the above-referenced matter. In support of the same, the Parties stipulate as follows:

1) On May 6, 2024, Relator filed his Third Amended Complaint against EODT, which included certain claims asserted by Relator on behalf of the United States pursuant to the FCA, specifically 31 U.S.C. §§ 3729(a)(1)(A), 3729(a)(1)(B), and 3729(a)(1)(G) (the "FCA Claims"), and certain claims asserted by Relator in his individual capacity pursuant to 31 U.S.C. § 3730(h), Tenn. Code Ann. § 50-1-304, and Tennessee common law (the "Employment Claims").

2) The Parties have resolved all claims between them via certain settlement agreements (collectively, the "Agreements"), and Relator wishes to dismiss his FCA Claims and his Employment Claims against EODT with prejudice.

3)       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), parties may dismiss an action by mutual consent without court order, subject to "any applicable federal statute."

4)       Pursuant to the FCA, 31 U.S.C. § 3730(b)(1), dismissal of the FCA Claims requires consent of the United States and the Court.

5)       Relator, on behalf of himself, his heirs, successors, attorneys, agents, and assigns, stipulates that the settlement amounts set forth in the Agreements and the terms and conditions described therein are fair, adequate, and reasonable under all the circumstances, that he will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that he expressly waives the opportunity for a hearing on any objection to the settlement under 31 U.S.C. § 3730(c)(2)(B).

6)       The Parties agree that this Court should retain exclusive jurisdiction over: (a) any disputes which may arise regarding the Agreements between Relator and EODT entered into on December 20, 2024; (b) any disputes which may arise regarding the amount of Relator's share of the settlement proceeds of the FCA Claims; and (c) resolution of any and all attorneys' liens previously filed in this matter or any other claims which have been or may be asserted, whether by Relator's previous counsel or otherwise, related to the distribution of settlement proceeds or attorneys' fees.

Wherefore, the Parties respectfully request, pursuant to 31 U.S.C. § 3730(b)(1), that this Court enter an order in the form of the proposed order filed concurrently herewith and provided to chambers in Word format via electronic mail.

Respectfully submitted this 23rd day of December 2024,

**MILLER & MARTIN PLLC**

By: */s/ Lynzi J. Archibald*
   Kyle W. Eiselstein, Tenn. BPR No. 020727
   Zachary H. Greene, Tenn. BPR No. 024451
   Lynzi J. Archibald, Tenn. BPR No. 030063
   Peter J. Critikos, III, *pro hac vice*
832 Georgia Avenue, Suite 1200
Chattanooga, Tennessee 37402
Telephone (423) 756-6600
kyle.eiselstein@millermartin.com
zac.greene@millermartin.com
lynzi.archibald@millermartin.com
peter.critikos@millermartin.com

**WILBANKS & GOUINLOCK, LLP**

Marlan B. Wilbanks, *pro hac vice*
Susan S. Gouinlock, *pro hac vice*
One Ameris Center, Suite 1010
3490 Piedmont Road, NE
Atlanta, Georgia 30305
Telephone (404) 842-1075
mbw@wilbanksgouinlock.com
ssg@wilbanksgouinlock.com

***Counsel for Plaintiff-Relator Patrick Griffis***

**BLANK ROME LLP**

By: */s/ Jennifer A. Short w/ permission*
   Jennifer A. Short, *pro hac vice*
   Alex E. Hassid, *pro hac vice*
   Elizabeth N. Jochum, *pro hac vice*
   Brooke Iley, *pro hac vice*
1825 Eye Street, NW
Washington, D.C. 20006
Telephone (202) 420-2596
jennifer.short@blankrome.com
alex.hassid@blankrome.com
elizabeth.jochum@blankrome.com
brooke.iley@blankrome.com

**ELDRIDGE & CRAVENS, P.C.**

David M. Eldridge, Tenn. BPR No. 012408
400 West Church Avenue, Suite 101
Knoxville, Tennessee 37902
Telephone (865) 544-2010
deldridge@ecattorneys.law

**MARTYN AND ASSOCIATES CO., LPA**

Iden G. Martyn, *pro hac vice*
820 West Superior Avenue, Tenth Floor
Cleveland, Ohio 44113
Telephone (216) 861-4700
imartyn@martynlawfirm.com

***Counsel for Defendant EOD Technology,
Inc. n/k/a Janus Global Operations, LLC***

3