| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PATRICK GRIFFIS, and PATRICK GRIFFIS individually,<br><br>    *Plaintiffs*,<br><br>v.<br><br>EOD TECHNOLOGY, INC. n/k/a ACUITY-JANUS GLOBAL, LLC,<br><br>    *Defendant*. | Case No. 3:10-cv-204<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Debra C. Poplin |

## PROPOSED ORDER OF DISMISSAL

On May 6, 2024, Relator Patrick Griffis filed his Third Amended Complaint against Defendant EOD Technology, Inc. n/k/a Acuity-Janus Global, LLC ("EODT"). Relator's Third Amended Complaint included certain claims asserted by Relator on behalf of the United States pursuant to the False Claims Act, 31 U.S.C. § 3730, *et seq.* (the "FCA"), specifically 31 U.S.C. §§ 3729(a)(1)(A), 3729(a)(1)(B), and 3729(a)(1)(G) (the "FCA Claims"), and certain claims asserted by Relator in his individual capacity pursuant to 31 U.S.C. § 3730(h), Tenn. Code Ann. § 50-1-304, and Tennessee common law (the "Employment Claims").

Pursuant to Fed. R. Civ. P. 41 and the *qui tam* provisions of the FCA, **IT IS HEREBY ORDERED** that:

1)    The FCA Claims are dismissed with prejudice as to Relator and without prejudice as to the United States.

2)    The Employment Claims are dismissed with prejudice.

3)    The Court retains exclusive jurisdiction over: (a) any disputes which may arise regarding the settlement agreements between Relator and EODT entered into on December 20, 2024; (b) any disputes which may arise regarding the amount of Relator's share of the settlement proceeds of the FCA Claims; (c) resolution of any and all attorneys' liens previously filed in this matter or any other claims which have been or may be asserted, whether by Relator's previous counsel or otherwise, related to the distribution of settlement proceeds or attorneys' fees.

**IT IS SO ORDERED.**

**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**

APPROVED FOR ENTRY this 23rd day of December 2024.

**MILLER & MARTIN PLLC**

By: */s/ Lynzi J. Archibald*
   Kyle W. Eiselstein, Tenn. BPR No. 020727
   Zachary H. Greene, Tenn. BPR No. 024451
   Lynzi J. Archibald, Tenn. BPR No. 030063
   Peter J. Critikos, III, *pro hac vice*
832 Georgia Avenue, Suite 1200
Chattanooga, Tennessee 37402
Telephone (423) 756-6600
kyle.eiselstein@millermartin.com
zac.greene@millermartin.com
lynzi.archibald@millermartin.com
peter.critikos@millermartin.com

**WILBANKS & GOUINLOCK, LLP**

Marlan B. Wilbanks, *pro hac vice*
Susan S. Gouinlock, *pro hac vice*
One Ameris Center, Suite 1010
3490 Piedmont Road, NE
Atlanta, Georgia 30305
Telephone (404) 842-1075
mbw@wilbanksgouinlock.com
ssg@wilbanksgouinlock.com

***Counsel for Plaintiff-Relator Patrick Griffis***

**BLANK ROME LLP**

By: */s/ Jennifer A. Short w/ permission*
   Jennifer A. Short, *pro hac vice*
   Alex E. Hassid, *pro hac vice*
   Elizabeth N. Jochum, *pro hac vice*
   Brooke Iley, *pro hac vice*
1825 Eye Street, NW
Washington, D.C. 20006
Telephone (202) 420-2596
jennifer.short@blankrome.com
alex.hassid@blankrome.com
elizabeth.jochum@blankrome.com
brooke.iley@blankrome.com

**ELDRIDGE & CRAVENS, P.C.**

David M. Eldridge, Tenn. BPR No. 012408
400 West Church Avenue, Suite 101
Knoxville, Tennessee 37902
Telephone (865) 544-2010
deldridge@ecattorneys.law

**MARTYN AND ASSOCIATES CO., LPA**

Iden G. Martyn, *pro hac vice*
820 West Superior Avenue, Tenth Floor
Cleveland, Ohio 44113
Telephone (216) 861-4700
imartyn@martynlawfirm.com

***Counsel for Defendant EOD Technology,
Inc. n/k/a Janus Global Operations, LLC***