# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

UNITED STATES OF AMERICA, *ex rel.*
PATRICK GRIFFIS, and PATRICK GRIFFIS
individually,

     *Plaintiffs*,

v.

EOD TECHNOLOGY, INC.
n/k/a ACUITY-JANUS GLOBAL, LLC,

     *Defendant*.

Case No. 3:10-cv-204

Judge Travis R. McDonough

Magistrate Judge Debra C. Poplin

## ORDER OF DISMISSAL

On May 6, 2024, Relator Patrick Griffis filed his Third Amended Complaint against Defendant EOD Technology, Inc. n/k/a Acuity-Janus Global, LLC ("EODT"). Relator's Third Amended Complaint included certain claims asserted by Relator on behalf of the United States pursuant to the False Claims Act, 31 U.S.C. § 3730, *et seq.* (the "FCA"), specifically 31 U.S.C. §§ 3729(a)(1)(A), 3729(a)(1)(B), and 3729(a)(1)(G) (the "FCA Claims"), and certain claims asserted by Relator in his individual capacity pursuant to 31 U.S.C. § 3730(h), Tenn. Code Ann. § 50-1-304, and Tennessee common law (the "Employment Claims").

Pursuant to Fed. R. Civ. P. 41 and the *qui tam* provisions of the FCA, **IT IS HEREBY ORDERED** that:

1)    The FCA Claims are dismissed with prejudice as to Relator and without prejudice as to the United States.

2)    The Employment Claims are dismissed with prejudice.

3) The Court retains exclusive jurisdiction over: (a) any disputes which may arise regarding the settlement agreements between Relator and EODT entered into on December 20, 2024; (b) any disputes which may arise regarding the amount of Relator's share of the settlement proceeds of the FCA Claims; (c) resolution of any and all attorneys' liens previously filed in this matter or any other claims which have been or may be asserted, whether by Relator's previous counsel or otherwise, related to the distribution of settlement proceeds or attorneys' fees.

**IT IS SO ORDERED.**

*/s/ Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**